# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOSHUA PARKS, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to Defendant's Motion to Suppress (#12). A hearing was conducted in regard to this matter on August 10, 2017 and at the close of the hearing, counsel for Defendant requested a period of time be granted to the filing of additional briefs in regard to the issues presented as to the Motion to Suppress. After hearing the arguments of counsel for Defendant and the Assistance United States Attorney, the undersigned will enter an Order directing that Defendant be provided up to and including September 11, 2017 to file additional briefs in regard to this matter and the Government will be allowed up to and including September 18, 2017 to respond to Defendant's brief.

**ORDERED**

**IT IS, THEREFORE ORDERED** that Defendant shall be allowed up to and

including **September 11, 2017** to file additional briefs in regard to this matter and the Government will be allowed up to and including **September 18, 2017** to respond to Defendant's brief.

Signed: August 14, 2017

Dennis L. Howell
United States Magistrate Judge